| | | | |
|---|---|---|---|
| State v. Smith† | 2015AP000756 CR | 09–29–2016 | Reversed and remanded |
| State v. Flowers | 2015AP000813 | 09–20–2016 | Affirmed |
| State v. Weathersby† | 2015AP000974 CR | 09–20–2016 | Reversed and remanded |
| State v. Steinhardt† | 2015AP001032 CR | 09–21–2016 | Affirmed |
| State v. Lancaster | 2015AP001155 CR | 09–07–2016 | Affirmed |
| Burney v. Steiner | 2015AP001170, 2015AP001821 | 09–14–2016 | Affirmed |
| State v. Hill | 2015AP001215 CR | 09–30–2016 | Affirmed |
| State v. Wand, III† | 2015AP001366 CR | 09–08–2016 | Affirmed |
| State v. Nelson | 2015AP001371 CR through 2015AP001372 CR | 09–28–2016 | Affirmed |
| Florence County, Wisconsin v. WERC† | 2015AP001384 | 09–27–2016 | Affirmed |
| State ex rel. Brown v. Hayes | 2015AP001386 | 09–20–2016 | Affirmed |
| Baldwin Area Med. Ctr. v. Bengtson†††† | 2015AP001413 | 09–13–2016 | Affirmed and remanded |
| Morgan v. Wisconsin DWD | 2015AP001454 | 09–07–2016 | Affirmed |
| State v. Johnson† | 2015AP001514 CR | 09–22–2016 | Affirmed |
| Valley Pest Control, Inc. v. Campbell | 2015AP001564 | 09–28–2016 | Affirmed/ reversed/ remanded |
| State v. Taylor | 2015AP001637 CR | 09–07–2016 | Affirmed |
| State v. Burchette† | 2015AP001648 CR | 09–20–2016 | Affirmed |
| Bach v. LIRC† | 2015AP001657 | 09–22–2016 | Affirmed |
| State v. Wakefield† | 2015AP001685 CR through 2015AP001686 CR | 09–30–2016 | Affirmed |
| State v. Carter | 2015AP001778 | 09–07–2016 | Affirmed |

† Petition to review filed.
††††Petition to review dismissed.